UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20114-CIV-HUCK/O'SULLIVAN

DIMITRI VORBE,

      Plaintiff,

v.

LEOPOLD L. JOSEPH, RAYMOND A. JOSEPH, HAITI-OBSERVATEUR GROUP, an unknown business entity, and JOHN DOE d/b/a WWW.HAITIAN-TRUTH.ORG,

      Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the plaintiff's Motion for Leave to Propound Limited Discovery on Non-Parties 1&1 Internet, Inc., Domains by Proxy, LLC and GoDaddy.com, LLC (DE # 4, 1/16/13).  Southern District of Florida Local Rule 7.1(a) provides as follows:

> **RULE 7.1 MOTIONS, GENERAL**
> **(a) Filing.**
> (1) Every motion when filed shall incorporate a memorandum of law citing supporting authorities, except that the following motions need not incorporate a memorandum:
> (A) petition for writ of habeas corpus ad testificandum or ad prosequendum;
> (B) motion for out-of-state process;
> (C) motion for order of publication for process;
> (D) application for default;
> (E) motion for judgment upon default;
> (F) motion to withdraw or substitute counsel;
> (G) motion for continuance, provided the good cause supporting it is set forth in the motion and affidavit required by Local Rule 7.6;
> (H) motion for confirmation of sale;

>(I) motion to withdraw or substitute exhibits;
>(J) motion for extensions of time providing the good cause supporting it is set forth in
>the motion;
>(K) motion for refund of bond, provided the good cause supporting it is set forth in the
>motion; and
>(L) application for leave to proceed in forma pauperis.

Having reviewed the applicable filings and the law, and the plaintiff's Motion for Leave to Propound Limited Discovery on Non-Parties 1&1 Internet, Inc., Domains by Proxy, LLC and GoDaddy.com, LLC (DE # 4, 1/16/13) being a motion that does not fall into one of the exceptions of motions that do not require a memorandum of law under Local Rule 7.1(a), it is

ORDERED AND ADJUDGED that the plaintiff's Motion for Leave to Propound Limited Discovery on Non-Parties 1&1 Internet, Inc., Domains by Proxy, LLC and GoDaddy.com, LLC (DE # 4, 1/16/13) is **STRICKEN**.

DONE AND ORDERED, in Chambers, this **12th** day of February, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Court Judge Huck
All counsel of record