UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:13-cv-20114-HUCK/O'SULLIVAN

DIMITRI VORBE,

    Plaintiff,

v.

LEOPOLD L. JOSEPH, RAYMOND A. JOSEPH, HAITI-OBSERVATEUR GROUP, an unknown business entity, and JOHN DOE d/b/a WWW.HAITIAN-TRUTH.ORG,

    Defendants.
_____/

## NOTICE OF PENDENCY OF SIMILAR ACTION

Plaintiff, DIMITRI VORBE ("Plaintiff" or "Vorbe"), by and through his undersigned attorneys and pursuant to Internal Operating Procedure 2.15.00 of the Internal Operating Procedures of the United States District Court for the Southern District of Florida, hereby gives notice of the pendency of an action that may be considered "similar" to this lawsuit, pursuant to the above-referenced IOP.

    1.    There exists an earlier-filed action currently pending before the Hon. Donald L. Graham bearing the caption *Handal v. Joseph et al.* and case number 1:13-cv-20111-DLG ("Handal Lawsuit"). Undersigned represents the Plaintiff, Stanley Handal, in the Handal Lawsuit.

    2.    Like this lawsuit, the Handal Lawsuit is a defamation action against Leopold Joseph, Raymond Joseph, and the Haiti-Observateur Group for defamatory statements made in the print and online editions of the Haiti-Observateur newspaper. Unlike this lawsuit, the Handal Lawsuit does not include John Doe d/b/a www.haitian-truth.org as a defendant.

3. When undersigned first filed the Handal Lawsuit and this lawsuit – both on the same day within hours of each other – undersigned believed that the cases were not "similar" for purposes of IOP 2.15.00 because although some of the defendants and causes of action are the same, the defamatory articles and statements sued upon are not the same, the plaintiffs' damages may be different, and this lawsuit includes an additional defendant (Haitian-truth.org) that the Handal Lawsuit does not.

4. Upon further consideration, however, and out of an abundance of caution, undersigned wishes to notify this Court of the pendency of the Handal Lawsuit so that it (along with Judge Graham) may determine for itself whether the cases are "similar" enough as to warrant transferring this lawsuit to Judge Graham.

5. Undersigned and Plaintiff take no position on the matter, and wish to leave it to the Court's sound discretion.

6. A copy of this notice will immediately be filed in the Handal Lawsuit.

Dated: February 19, 2013            Respectfully Submitted,

_____
**Gary S. Betensky**, Esq. (Fla. Bar No. 0434302)
gbetensky@richmangreer.com
**Joshua L. Spoont**, Esq. (Fla. Bar No. 053263)
jspoont@richmangreer.com
RICHMAN GREER, P.A.
One Clearlake Centre
250 Australian Avenue South, Suite 1504
West Palm Beach, Florida 33401
Telephone: (561) 803-3500
Facsimile:  (561) 820-1608
*Attorneys for Plaintiff, Dimitri Vorbe*

*Vorbe v. Joseph, et. al*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 19, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

 

*/s/ Joshua Spoont*
JOSHUA L. SPOONT

## SERVICE LIST

Haiti-Observateur Group
Brooklyn Naval Yard, Bldg. 58
63 Flushing Ave., Unit 277
Brooklyn, NY 11205

Haiti-Observateur Group
P.O. Box 356237
Briarwood, NY 11435-6235

Leopold Joseph
13968 86th Ave.
Jamaica, NY 11435

Raymond Joseph
865 W. End Ave., Apt. 8C
New York, NY 10025