UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

Dimitri Vorbe,   CASE NO. 13-cv-20114-PCH

    Plaintiff(s),

v.

Leopold L. Joseph

    Defendant(s).
_____/

FILED by CBR D.C.

**Feb 22, 2013**

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Leopold L. Joseph,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Leopold L. Joseph, as of course, on this date February 22, 2013.

                                **STEVEN M. LARIMORE**
                                CLERK OF COURT


                                By: S/
                                   C.Barnes-Butler
                                   Deputy Clerk

cc:    Hon. Paul Huck
        Counsel of Record
        Leopold L. Joseph
        13968 86th Avenue, Jamaica, NY 11435