UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:13-cv-20114-HUCK/O'SULLIVAN

DIMITRI VORBE,

    Plaintiff,

v.

PATRICK GARRISON
d/b/a www.haitian-truth.org,

    Defendant.
_____/

**CLOSED CIVIL CASE**

**FINAL JUDGMENT AGAINST DEFENDANT
PATRICK GARRISON**

Having granted Plaintiff's Motion for Entry of Default Judgment against Defendant Patrick Garrison [D.E. No. 47], and for the reasons stated on the record at the March 6, 2014 evidentiary hearing before the Court, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Court's findings of fact and conclusions of law, as stated on the record at the March 6, 2014 evidentiary hearing, are incorporated herein.

2. FINAL JUDGMENT is hereby ENTERED against Defendant PATRICK GARRISON.

3. Plaintiff shall recover from Defendant PATRICK GARRISON:

    a. One Hundred and Twenty Five Thousand Dollars ($125,000.00) in compensatory damages; and

    b. One Million Dollars ($1,000,000.00) in punitive damages,

-2-

for all of which let execution issue forthwith.

4. This Judgment shall bear interest at the statutory rate.

5. The last known address of Defendant PATRICK GARRISON is:   S. Lyons Rd., Oregon City, OR 97045.

6. The Court reserves jurisdiction to enforce post-judgment proceedings in aid of execution.

**DONE AND ORDERED** in Chambers, Miami, Florida, on this 18 day of March, 2014.

Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John O'Sullivan
All Counsel of Record
Patrick Garrison
    S. Lyons Rd.
Oregon City, OR 97045