UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:13-cv-20114-HUCK/O'SULLIVAN

DIMITRI VORBE,

    Plaintiff,

v.

LEOPOLD L. JOSEPH and
RAYMOND A. JOSEPH,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS LEOPOLD JOSEPH AND RAYMOND JOSEPH

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendants Leopold Joseph and Raymond Joseph [D.E. No. 28]. On March 6, 2014, the Court held an evidentiary hearing on Plaintiff's Motion, which was attended by Plaintiff but not by Defendants. Based upon the evidence adduced at the hearing, the Court made specific oral findings of fact and conclusions of law on the record, which are adopted and incorporated in this Order. Having considered the Motion and the evidence, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion [D.E. No. 28] is GRANTED, and the Court will enter a separate final default judgment against Defendants Leopold Joseph and Raymond Joseph, for all the reasons stated on the record.

**DONE AND ORDERED** in Chambers, Miami, Florida, on this __ day of March, 2014.

                Paul C. Huck
                United States District Judge

Copies furnished to:
Magistrate Judge John O'Sullivan
All Counsel of Record
**Plaintiff's counsel is directed to serve a copy of this Order on Defendants Leopold Joseph, Raymond Joseph and Patrick Garrison via regular U.S. mail.**