UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:13-cv-20114-HUCK/O'SULLIVAN

DIMITRI VORBE,

    Plaintiff,

v.

LEOPOLD L. JOSEPH and
RAYMOND A. JOSEPH,

    Defendants.
_____/

CLOSED CIVIL CASE

**FINAL JUDGMENT AGAINST DEFENDANTS**
**LEOPOLD JOSEPH AND RAYMOND JOSEPH**

    Having granted Plaintiff's Motion for Entry of Default Judgment against Defendants Leopold Joseph and Raymond Joseph [D.E. No. 46], and for the reasons stated on the record at the March 6, 2014 evidentiary hearing before the Court, it is hereby

    ORDERED AND ADJUDGED as follows:

    1.    The Court's findings of fact and conclusions of law, as stated on the record at the March 6, 2014 evidentiary hearing, are incorporated herein.

    2.    FINAL JUDGMENT is hereby ENTERED against Defendants LEOPOLD JOSEPH and RAYMOND JOSEPH, jointly and severally.

    3.    Plaintiff shall recover from Defendants LEOPOLD JOSEPH and RAYMOND JOSEPH, jointly and severally:

        a.    Two Hundred and Fifty Thousand Dollars ($250,000.00) in compensatory damages; and

        b.    One Million Dollars ($1,000,000.00) in punitive damages,

for all of which let execution issue forthwith.

4. This Judgment shall bear interest at the statutory rate.

5. The last known address of Defendant LEOPOLD JOSEPH is: 86th Ave., Jamaica, NY 11435.

6. The last known address of Defendant RAYMOND JOSEPH is: W. End Ave., , New York, NY 10025.

7. The Court reserves jurisdiction to enforce post-judgment proceedings in aid of execution.

**DONE AND ORDERED** in Chambers, Miami, Florida, on this 18 day of March, 2014.

Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John O'Sullivan
All Counsel of Record
Leopold Joseph
  86th Ave.
Jamaica, NY 11435

Raymond Joseph
  W. End Ave.,
New York, NY 10025