UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:13-cv-20114-HUCK/O'SULLIVAN

DIMITRI VORBE,

    Plaintiff,

v.

LEOPOLD L. JOSEPH, RAYMOND A. JOSEPH, HAITI-OBERVATEUR GROUP, an unknown business entity, and PATRICK GARRISON d/b/a www.haitian-truth.org,

    Defendants.

_____/

**CERTIFICATE OF COMPLIANCE WITH DE 49 AND DE 50**

Plaintiff, DIMITRI VORBE ("Plaintiff" or "Vorbe"), by and through his undersigned attorneys, hereby certifies that on March 20, 2014 he served the Court's Order [DE 49] and Final Judgment [DE 50] to the persons listed in the Service List below in the manner specified.

Dated: March 24, 2014                    Respectfully Submitted,

                                                                          _/s/ Joshua Spoont_____

                                                   **Gary S. Betensky**, Esq. (Fla. Bar No. 0434302)
                                                   gbetensky@richmangreer.com
                                                 **Joshua L. Spoont**, Esq. (Fla. Bar No. 053263)
                                                 jspoont@richmangreer.com
                                                 RICHMAN GREER, P.A.
                                                 One Clearlake Centre
                                                 250 Australian Avenue South, Suite 1504
                                                 West Palm Beach, Florida 33401
                                                 Telephone: (561) 803-3500
                                                 Facsimile:  (561) 820-1608
                                                 *Attorneys for Plaintiff, Dimitri Vorbe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**Joshua L. Spoont**, Esq.

## SERVICE LIST
(all via regular U.S. Mail (and via e-mail where indicated))

| | | |
|---|---|---|
| Haiti-Observateur Group<br>Brooklyn Naval Yard, Bldg. 58<br>63 Flushing Ave., Unit 277<br>Brooklyn, NY 11205<br>contact@haiti-observateur.net<br>contact@haiti-obervateur.net<br>contact@haiti-obersavateur.net | Leopold Joseph<br>13968 86th Ave.<br>Jamaica, NY 11435<br>lojospo@yahoo.com | Raymond Joseph<br>865 W. End Ave., Apt. 8C<br>New York, NY 10025 |
| Haiti-Observateur Group<br>P.O. Box 356237<br>Briarwood, NY 11435-6235 | Patrick Garrison<br>19766 S. Lyons Rd.<br>Oregon City, OR 97045<br>michaeltruth@gmail.com<br>haitiantruth22@gmail.com | |